UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANTHONY REBICH AND SHERRY REBICH,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF VETERANS AFFAIRS, UNITED STATES OF AMERICA, AND DOES 1 THROUGH 5 INCLUSIVE,<br><br>Defendant. | Case No. CV-21-060-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of February 8, 2023 (Doc. 32), Defendants' Motion for Summary Judgment (Doc. 19) is GRANTED. Judgment is entered in Defendants' favor.

      Dated this 8th day of February, 2023.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Sarah Nagy
                                        Sarah Nagy, Deputy Clerk